NANCY BOTTA, PLAINTIFF-RESPONDENT AND CROSS-PETITIONER, v. HERMAN G. BRUNNER, *ET AL.*, DEFENDANT-PETITIONER AND CROSS-RESPONDENT.

See same case below: 42 *N. J. Super.* 95.

*Messrs. Shaw, Pindar, McElroy & Connell* for the petitioner and cross-respondent.

*Messrs. Budd, Larner & Kent* for the respondent and cross-petitioner.

January 14, 1957.   Granted.

ANTHONY PALUMBO, EXECUTOR, *ETC.*, PLAINTIFF-RESPONDENT, v. MICHAEL B. COLLITO, EXECUTOR, *ETC.*, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 42 *N. J. Super.* 436.

*Mr. Ralph G. Mesce* for the petitioners.

*Mr. Daniel Leff* for the respondent.

January 14, 1957.   Denied.